Matthew G. Ball (SBN No. 208881)
matthew.ball@klgates.com
Megan F. Cesare-Eastman (SBN No. 253845)
megan.cesare-eastman@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice to be filed*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice to be filed*)
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI AND RICHARD SUTCLIFFE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., a national bank, for itself and d/b/a WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1-100, inclusive. <br><br> Defendant. | Case No. C 11-06595 JCS <br><br> **NOTICE OF STIPULATION BETWEEN DEFENDANT WELLS FARGO BANK, N.A. AND PLAINTIFFS VICKI AND RICHARD SUTCLIFFE TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT** <br><br> Judge: Magistrate Judge Joseph C. Spero <br> Complaint Date: December 21, 2011 <br> Trial Date: None Set |

TO THE HONORABLE JOSEPH C. SPERO, UNITED STATES MAGISTRATE COURT JUDGE, PLAINTIFFS VICKI AND RICHARD SUTCLIFFE, THEIR COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(a), plaintiffs, Vicki and Richard Sutcliffe ("plaintiffs"), and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, plaintiffs filed a Class Action Complaint on December 21, 2011; and

WHEREAS, Wells Fargo was served with the Complaint on December 28, 2011; and

WHEREAS, plaintiffs have agreed as a courtesy to grant Wells Fargo an extension of time to file its response to the Class Action Complaint; and

WHEREAS, such an extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, plaintiffs and Wells Fargo agree that neither party will be prejudiced by such an extension;

////

////

////

////

////

////

////

////

////

////

////

////

1

1    IT IS HEREBY STIPULATED AND AGREED by the parties that defendant Wells Fargo

2    Bank, N.A.'s deadline to file a response to plaintiffs' Class Action Complaint shall be continued until

3    Friday, February 17, 2012.

4

5                                              K& L GATES LLP

6

7    Dated:  January 17, 2012              By:    /s/ Matthew G. Ball
                                                  Matthew G. Ball
8                                                 Megan F. Cesare-Eastman
                                                  Irene C. Freidel (*pro hac vice to be filed*)
9                                                 Jennifer J. Nagle (*pro hac vice to be filed*)

10

11

12                                             SIMMONS BROWDER GIANARIS
                                               ANGELIDES & BARNERD LLC
13

14   Dated:  January 17, 2012              By:    */s/ Deborah Rosenthal (with permission)*
                                                  Deborah Rosenthal
15                                                Attorneys for Vicki and Richard Sutcliffe

16                                             HANLY CONROY BIERSTEIN
17                                             SHERIDAN FISHER & HAYES LLP

18                                             Paul J. Hanly , Jr.*
19                                             Jayne Conroy*
                                               Mitchell M. Breit*
                                               Andrea Bierstein
20
                                               GIBBON, BARRON, & BARRON PLLC
21

22                                             Bradford D. Barron*
                                               Zachary T. Barron*
23
                                               MCCALLUM METHVIN & TERRELL, PC
24                                             James Michael Terrell*

25                                             *pro hac vice to be filed

26   Dated: January 18, 2012

27

28

                                          2