Matthew G. Ball (SBN No. 208881)
matthew.ball@klgates.com
Megan F. Cesare-Eastman (SBN No. 253845)
megan.cesare-eastman@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI AND RICHARD SUTCLIFFE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a national bank, for itself and d/b/a WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1-100, inclusive.<br>　　　　　Defendants.<br>_____ | Case No. C 11-06595 JCS<br><br>**NOTICE OF STIPULATION BETWEEN DEFENDANT WELLS FARGO BANK, N.A. AND PLAINTIFFS VICKI AND RICHARD SUTCLIFFE AS TO HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Magistrate Judge Joseph C. Spero<br>Complaint Date: December 21, 2011<br>Trial Date: None Set |

1     TO THE HONORABLE JOSEPH C. SPERO, UNITED STATES MAGISTRATE JUDGE, PLAINTIFFS VICKI AND RICHARD SUTCLIFFE, THEIR COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

    PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12, plaintiffs, Vicki and Richard Sutcliffe ("plaintiffs"), and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

    WHEREAS, plaintiffs filed a Class Action Complaint on December 21, 2011; and

    WHEREAS, pursuant to Civ. L.R. 6-1(a), the Parties agreed by Stipulation dated January 17, 2012, to extend Wells Fargo's deadline for responding to the Class Action Complaint to and including February 17, 2012; and

    WHEREAS, the Court "so-ordered" the Parties' Stipulation on January 19, 2012; and

    WHEREAS, Wells Fargo will file a motion to dismiss the Class Action Complaint on February 17, 2012; and

    WHEREAS, counsel for the Parties have conferred and agree that, for the convenience of all Parties and to avoid duplicate cost of travel for all Parties, Wells Fargo will set the motion for hearing on April 6, 2012, to coincide with the scheduled Case Management Conference; and

    WHEREAS, the Parties further agree to a briefing schedule according to which plaintiffs' opposition to Wells Fargo's motion will be due on March 9, 2012, and Wells Fargo's reply in support of its motion will be due on March 23, 2012, and the motion will thus be fully briefed fourteen days in advance of the hearing; and

    WHEREAS, the Parties agree that neither party will be prejudiced by the agreed upon dates set forth herein; and

    WHEREAS, nothing agreed upon herein affects the date of any event or deadline already fixed by the Court in this matter.

IT IS HEREBY STIPULATED AND AGREED by the Parties that defendant Wells Fargo Bank, N.A.'s motion to dismiss will be set for hearing on Friday, April 6, 2012, plaintiffs' opposition to Wells Fargo's motion will be due on Friday, March 9, 2012, and Wells Fargo's reply in support of its motion will be due on Friday, March 23, 2012.

*& case mgmt conference 27 - JCS*

Dated: February 15, 2012

Respectfully submitted,

VICKI AND RICHARD SUTCLIFFE,     WELLS FARGO BANK, N.A.,

By their attorneys,              By its attorneys,

*/s/ Derek Y. Brandt (w/permission)*     */s/ Irene C. Freidel*

**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**

**K&L GATES LLP**

Deborah Rosenthal (SBN 184241)
drosenthal@simmonsfirm.com
455 Market Street, Suite 1150
San Francisco, California 94105
Phone: (415) 536-3986
Fax: (415) 537 - 4120

Matthew G. Ball
matthew.ball@klgates.com
Megan F. Cesare-Eastman
megan.cesare-eastman@klgates.com

**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**

Paul J. Hanly, Jr.*
phanly@hanlyconroy.com
Jayne Conroy*
jconroy@hanlyconroy.com
Mitchell M. Breit*
mbreit@hanlyconroy.com
Andrea Bierstein*
abierstein@hanlyconroy.com
112 Madison Avenue - 7th Floor
New York, NY 10016-7416
Tel: (212) 784-6401
Fax: (212) 784-6420

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

**GIBBON, BARRON, & BARRON PLLC**

Bradford D. Barron (*pro hac vice*)
bbarron@gbbfirm.com
Zachary T. Barron (*pro hac vice*)
zbarron@gbbfirm.com
20 East 5th Street, Suite 1000
Tulsa, OK 74103
Tel: (918) 745-0687
Fax: (918) 745-0821

**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**

Derek Yeats Brandt (*pro hac vice*)
dbrandt@simmonsfirm.com
Emily J. Kirk (*pro hac vice*)
ekirk@simmonsfirm.com
Anna M. Kohut (*pro hac vice*)
akohut@simmonsfirm.com
One Court Street
Alton, IL 62002
Tel: 618-259-6357
Fax: 618-259-2251

**MCCALLUM METHVIN & TERRELL, PC**

James Michael Terrell (*pro hac vice*)
jterrell@mmlaw.net
2201 Arlington Avenue South
Birmingham, AL 35205
Tel: 205-939-0199
Fax: 205-939-0399

*\*pro hac vice to be filed*

    I, IRENE C. FREIDEL, am the ECF User whose ID and password are being used to file this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories concur with this filing.

                                              /s/ Irene C. Freidel