Matthew G. Ball (SBN No. 208881)
matthew.ball@klgates.com
Megan F. Cesare-Eastman (SBN No. 253845)
megan.cesare-eastman@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice)*
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VICKI AND RICHARD SUTCLIFFE, MICHAEL ENNEKING, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

WELLS FARGO BANK, N.A., a national bank, for itself and d/b/a WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1-100, inclusive.

Defendants.

Case No. C 11-06595 JCS

**STIPULATION AND ~~PROPOSED~~ ORDER BETWEEN DEFENDANT WELLS FARGO BANK, N.A. AND PLAINTIFFS VICKI AND RICHARD SUTCLIFFE AND MICHAEL ENNEKING TO ENLARGE DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO THE FIRST AMENDED CLASS ACTION COMPLAINT**

Judge: Magistrate Judge Joseph C. Spero
First Amended Complaint: June 8, 2012
Trial Date: None Set

TO THE HONORABLE JOSEPH C. SPERO, UNITED STATES MAGISTRATE JUDGE, PLAINTIFFS VICKI AND RICHARD SUTCLIFFE AND MICHAEL ENNEKING, THEIR COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12, plaintiffs, Vicki and Richard Sutcliffe and Michael Enneking ("plaintiffs"), and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, plaintiffs filed a First Amended Class Action Complaint ("First Amended Complaint") on June 8, 2012; and

WHEREAS, Wells Fargo's response to the First Amended Complaint is currently due on or before Monday, June 25, 2012; and

WHEREAS, plaintiffs are currently considering seeking leave to further amend their complaint and, to the extent they determine to pursue such amendment at this time, plan to file a motion for leave to amend with the Court on or before Monday, July 16, 2012; and

WHEREAS, counsel for the Parties have conferred and agree that, to the extent that no such motion is filed by plaintiffs, Wells Fargo's deadline to respond to the First Amended Complaint should be extended to Monday, July 30, 2012;[1] and

WHEREAS, the Parties agree that neither party will be prejudiced by the agreed upon dates set forth herein; and

WHEREAS, nothing agreed upon herein affects the date of any event or deadline already fixed by the Court in this matter.

---

[1] To the extent plaintiffs do file a motion for leave to amend, the Parties agree that the briefing schedule on such a motion will be governed by the applicable Federal and Local Rules.

IT IS HEREBY STIPULATED AND AGREED by the Parties that, to the extent that plaintiffs do not file a motion for leave to file a further amended complaint on or before Monday, July 16, 2012, defendant Wells Fargo Bank, N.A. will respond to the First Amended Complaint on or before Monday, July 30, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 25, 2012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Joseph C. Spero

Magistrate Judge

Respectfully submitted,

VICKI AND RICHARD SUTCLIFFE, MICHEAL ENNEKING,

By their attorneys,

*/s/ Derek Y. Brandt (w/permission)*

**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**

Deborah Rosenthal (SBN 184241)
drosenthal@simmonsfirm.com
455 Market Street, Suite 1150
San Francisco, California 94105
Phone: (415) 536-3986
Fax: (415) 537 - 4120

**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**

Paul J. Hanly , Jr.*
phanly@hanlyconroy.com
Jayne Conroy*
jconroy@hanlyconroy.com
Mitchell M. Breit*
mbreit@hanlyconroy.com
Andrea Bierstein (*pro hac vice*)
abierstein@hanlyconroy.com
112 Madison Avenue - 7th Floor
New York, NY 10016-7416
Tel: (212) 784-6401
Fax: (212) 784-6420

**GIBBON, BARRON, & BARRON PLLC**

Bradford D. Barron (*pro hac vice*)
bbarron@gbbfirm.com
Zachary T. Barron (*pro hac vice*)
zbarron@gbbfirm.com
20 East 5th Street, Suite 1000
Tulsa, OK 74103
Tel: (918) 745-0687
Fax: (918) 745-0821

WELLS FARGO BANK, N.A.,

By its attorneys,

*/s/ Irene C. Freidel*

**K&L GATES LLP**

Matthew G. Ball
matthew.ball@klgates.com
Megan F. Cesare-Eastman
megan.cesare-eastman@klgates.com

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice)*
jennifer.nagle@klgates.com

**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**

Derek Yeats Brandt (*pro hac vice*)
dbrandt@simmonsfirm.com
Emily J. Kirk (*pro hac vice*)
ekirk@simmonsfirm.com
Anna M. Kohut (*pro hac vice*)
akohut@simmonsfirm.com
One Court Street
Alton, IL 62002
Tel: 618-259-6357
Fax: 618-259-2251

**MCCALLUM METHVIN & TERRELL, PC**

James Michael Terrell (*pro hac vice*)
jterrell@mmlaw.net
2201 Arlington Avenue South
Birmingham, AL 35205
Tel: 205-939-0199
Fax: 205-939-0399

**pro hac vice to be filed*

I, IRENE C. FREIDEL, am the ECF User whose ID and password are being used to file this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories concur with this filing.

*/s/ Irene C. Freidel*