Deborah Rosenthal (SBN 184241)
drosenthal@simmonsfirm.com
SIMMONS BROWDER GIANARIS ANGELIDES
& BARNERD LLC
455 Market Street, Suite 1150
San Francisco, California 94105
Phone: (415) 536-3986 / Fax: (415) 537-4120

*[Additional counsel listed on signature page]*

Attorneys for Plaintiffs, Vicki and Richard Sutcliffe, Michael Enneking, and all others similarly situated

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI AND RICHARD SUTCLIFFE, MICHAEL ENNEKING, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a national bank, for itself and d/b/a WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1-100, inclusive.<br><br>　　　　　Defendants.<br><br>_____ | Case No. C 11-06595 JCS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO ENLARGE BRIEFING DEADLINES AND CONTINUE HEARING WITH RESPECT TO WELLS FARGO BANK, N.A.'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, TO REQUIRE PLAINTIFFS TO MODIFY THE PUTATIVE CLASS DEFINITION SET FORTH IN PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Magistrate Judge Joseph C. Spero<br>First Amended Complaint: June 8, 2012<br>Trial Date: None Set |

1    TO THE HONORABLE JOSEPH C. SPERO, UNITED STATES MAGISTRATE
2 JUDGE, DEFENDANT WELLS FARGO BANK, N.A., ITS COUNSEL OF RECORD, AND
3 ALL OTHER INTERESTED PARTIES:
4    PLEASE TAKE NOTICE that pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12, Plaintiffs,
5 Vicki and Richard Sutcliffe and Michael Enneking ("plaintiffs"), and Defendant Wells Fargo
6 Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their respective counsel,
7 stipulate and agree as follows:
8    WHEREAS, Plaintiffs filed a First Amended Class Action Complaint ("First Amended
9 Complaint") on June 8, 2012; and
10    WHEREAS, Wells Fargo filed a Motion to Strike or, in the Alternative, to Require
11 Plaintiffs to Modify the Putative Class Definition set forth in Plaintiffs' First Amended
12 Complaint ("Motion to Strike") on July 30, 2012; and
13    WHEREAS, Plaintiffs' Opposition to the Motion to Strike is currently due on or before
14 Monday, August 13, 2012; and
15    WHEREAS, Wells Fargo's Reply in support of the Motion to Strike is currently due on
16 or before Monday, August 20, 2012; and
17    WHEREAS, the hearing on the Motion to Strike is currently scheduled before this Court
18 on Friday, September 14, 2012; and
19    WHEREAS, counsel for the Parties have conferred and agree that neither party will be
20 prejudiced by the agreed upon dates set forth herein.

2
JOINT STIPULATION AND PROPOSED ORDER RE: ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO STRIKE

Case No. C 11-06595 JCS

IT IS HEREBY STIPULATED AND AGREED by the Parties that:

1. Plaintiffs will file their Opposition to Defendant Wells Fargo Bank, N.A.'s Motion to Strike on or before Monday, August 27, 2012; and
2. Wells Fargo will file its Reply in Support of its Motion to Strike on or before Monday, September 10, 2012; and
3. The hearing date for the Motion to Strike will be scheduled before this Court on October 12, 2012, at 1:30 PM.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: August 20, 2012

_____
Magistrate Judge

Respectfully submitted,

| | |
|---|---|
| VICKI AND RICHARD SUTCLIFFE, MICHAEL ENNEKING | WELLS FARGO BANK, N.A., |
| By their attorneys, | By its attorneys, |
| */s/ Derek Y. Brandt* | */s/Irene C. Freidel* |
| **SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC** | **K&L GATES LLP** |
| Deborah Rosenthal (SBN 184241)<br>drosenthal@simmonsfirm.com<br>455 Market Street, Suite 1150<br>San Francisco, California 94105<br>Phone: (415) 536-3986<br>Fax: (415) 537 - 4120 | Matthew G. Ball (SBN No. 208881)<br>matthew.ball@klgates.com<br>Megan F. Cesare-Eastman (SBN No. 253845)<br>megan.cesare-eastman@klgates.com<br>**K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel.: (415) 882-8200<br>Fax: (415) 882-8220 |

JOINT STIPULATION AND PROPOSED ORDER RE: ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO STRIKE

Case No. C 11-06595 JCS

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**

Paul J. Hanly , Jr.*
phanly@hanlyconroy.com
Jayne Conroy*
jconroy@hanlyconroy.com
Mitchell M. Breit*
mbreit@hanlyconroy.com
Andrea Bierstein (*pro hac vice*)
abierstein@hanlyconroy.com
112 Madison Avenue - 7th Floor
New York, NY 10016-7416
Tel: (212) 784-6401
Fax: (212) 784-6420

**GIBBON, BARRON, & BARRON PLLC**

Bradford D. Barron (*pro hac vice*)
bbarron@gbbfirm.com
Zachary T. Barron (*pro hac vice*)
zbarron@gbbfirm.com
20 East 5th Street, Suite 1000
Tulsa, OK 74103
Tel: (918) 745-0687
Fax: (918) 745-0821

**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**

Derek Yeats Brandt (*pro hac vice*)
dbrandt@simmonsfirm.com
Emily J. Kirk (*pro hac vice*)
ekirk@simmonsfirm.com
Anna M. Kohut (*pro hac vice*)
akohut@simmonsfirm.com
One Court Street
Alton, IL 62002
Tel: 618-259-6357
Fax: 618-259-2251

**MCCALLUM METHVIN & TERRELL,PC**

4
Joint Stipulation and Proposed Order re: Enlargement of Time to Respond to Defendant Wells Fargo Bank, N.A.'s Motion to Strike

Case No. C 11-06595 JCS

James Michael Terrell (*pro hac vice*)
jterrell@mmlaw.net
2201 Arlington Avenue South
Birmingham, AL 35205
Tel:  205-939-0199
Fax: 205-939-0399

*pro hac vice to be filed

  I, Derek Y. Brandt, am the ECF User whose ID and password are being used to file this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories concur with this filing.

                 */s/ Derek Y. Brandt*