

Simmons Browder Gianaris Angelides & Barnerd LLC

February 21, 2013

Magistrate Judge Joseph C. Spero
Courtroom Deputy Karen Hom
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

  Re: *Vicki and Richard Sutcliffe, et al. v. Wells Fargo Bank, N.A.*
    U.S. District Court for the Northern District of California, Case No. C 11-06595 JCS

Dear Judge Spero and Ms. Hom:

  I write to request permission for Derek Brandt, plaintiffs' counsel in the above-captioned case, to appear telephonically at the 1:30 p.m. case management conference set for hearing tomorrow, February 22, 2013, in the above-captioned case.

  We understand that your courtroom rules require one week's notice for such a request. However, plaintiffs' counsel respectfully requests an exemption from this time requirement due to the extenuating circumstances that prevent his personal appearance—namely, all flights out of St. Louis today have been canceled due to extremely bad weather, and the storm is expected to continue through at least midnight.

  Counsel for defendant has been notified of this request and consents to the proposed telephonic appearance.

  Mr. Brandt can be reached tomorrow at the following land line: (618) 259-6357.

  Thank you for your consideration.

            Very truly yours,

            Deborah R. Rosenthal

I consent to the requested telephonic appearance.

K & L GATES        Dated: 2/21/2013

By: Jennifer Nagle,
Attorneys for Wells Fargo Bank, N.A.

IT IS SO ORDERED
Judge Joseph C. Spero

  I, Deborah R. Rosenthal, am the ECF User whose ID and password are being used to file this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories concur with this filing.

            Deborah R. Rosenthal

www.simmonsfirm.com

| Headquarters | St. Louis | Chicago | El Segundo | San Francisco |
|---|---|---|---|---|
| One Court Street 800 479 9533 | 231 S. Bemiston 800 479 9533 | 230 W. Monroe 312 759 7500 p | 100 N. Sepulveda Blvd. 310 322 3555 p | 455 Market 415 536 3986 p |
| Alton, IL 62002 618 259 2222 p | Suite 525 | Suite 2221 312 759 7516 f | Suite 1350 310 322 3655 f | Suite 1150 415 537 4120 f |
|  618 259 2251 f | St. Louis, MO 63105 | Chicago, IL 60606 | El Segundo, CA 90245 | San Francisco, CA 94105 |