Deborah Rosenthal (SBN 184241)
drosenthal@simmonsfirm.com
SIMMONS BROWDER GIANARIS ANGELIDES
 & BARNERD LLC
455 Market Street, Suite 1150
San Francisco, CA  94105
Phone:  (415) 536-3986   /Fax: (415) 537-4120

[*Additional counsel listed on signature page*]

*Attorneys for Plaintiffs*

Matthew G. Ball (SBN No. 208881)
matthew.ball@klgates.com
Megan F. Cesare-Eastman (SBN No. 253845)
megan.cesare-eastman@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

[*Additional counsel listed on signature page*]

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI AND RICHARD SUTCLIFFE, MICHAEL ENNEKING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national bank, for itself and d/b/a WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:11-cv-06595-JCS<br><br>**JOINT STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT**<br><br>The Hon. Joseph C. Spero<br>Courtroom: G |

**JOINT STIPULATION OF DISMISSAL
OF FIRST AMENDED COMPLAINT**

Plaintiffs Vicki and Richard Sutcliffe and Michael Enneking ("plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "parties"), through their respective counsel, hereby stipulate and agree to DISMISS the First Amended Complaint filed by plaintiffs against Wells Fargo. The parties, through their respective counsel, further stipulate and agree to dismiss plaintiffs' individual claims WITH PREJUDICE and to dismiss the putative class claims WITHOUT PREJUDICE. Except as otherwise agreed to by the parties, each party shall bear their and its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

Respectfully submitted,

VICKIE SUTCLIFFE, RICHARD SUTCLIFFE, and MICHAEL ENNEKING,

By their attorneys,

_/s/ Derek Brandt_____
Derek Brandt (*pro hac vice*)
dbrandt@simmonsfirm.com
Emily J. Kirk (*pro hac vice)*
ekirk@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**
One Court Street
Alton, Illinois 62002
Tel: (618) 259-2222
Fax: (618) 259-2251


Deborah Rosenthal (SBN 184241)
drosenthal@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**
455 Market Street, Suite 1150
San Francisco, CA 94105
Phone: (415) 536-3986 /Fax: (415) 537-4120

Respectfully submitted,

WELLS FARGO BANK, N.A.,

By its attorneys,

_/s/ Irene C. Freidel_____
Matthew G. Ball (SBN No. 208881)
matthew.ball@klgates.com
Megan F. Cesare-Eastman (SBN No. 253845)
megan.cesare-eastman@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendant Wells Fargo Bank, N.A.*

1

2  James M. Terrell (*pro hac vice*)
   jterrell@mmlaw.net
3  **MCCALLUM METHVIN &
   TERRELL, P.C.**
4  The Highland Building
   2201 Arlington Avenue South
5  Birmingham, Alabama 35205
   Tel: (205) 939-0199
6

7  Bradford D. Barron (*pro hac vice*)
   bbarron@gbbfrrm.com
8  Zachary T. Barron (*pro hac vice*)
   zbarron@gbbfirm.com
9  **GIBBON, BARRON & BARRON,
   P.L.L.C.**
10 20 East 5th Street, Suite 1000
   Tulsa, Oklahoma 74103
11 Tel: (918) 745-0687
   Fax: (918) 745-0821
12

13 Andrea Bierstein (*pro hac vice)*
   abierstein@hanlyconroy.com
14 Mitchell Breit (*pro hac vice*)
   mbreit@hanlyconroy.com
15 **HANLY CONROY BIERSTEIN
   SHERIDAN FISHER & HAYES LLP**
16 112 Madison Ave., 7th Floor
   New York, New York 10016
17 Tel: (212) 784-6400
   Fax: (212) 213-5949
18

19 *Attorneys for Plaintiffs*          Dated: 11/04/13

20                                   IT IS SO ORDERED
                                     Judge Joseph C. Spero
21                                   UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
22 Dated:  October 31, 2013

23

24

25     I, Irene C. Freidel, am the ECF User whose ID and password are being used to file
   this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories
26 concur with this filing.

27                                            */s/ Irene C. Freidel*

28

---

**JOINT STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT**