Deborah Rosenthal (SBN 184241)
drosenthal@simmonsfirm.com
SIMMONS BROWDER GIANARIS ANGELIDES
 & BARNERD LLC
455 Market Street, Suite 1150
San Francisco, CA  94105
Phone:  (415) 536-3986   /Fax: (415) 537-4120

[*Additional counsel listed on signature page*]

*Attorneys for Plaintiffs*

Matthew G. Ball (SBN No. 208881)
matthew.ball@klgates.com
Megan F. Cesare-Eastman (SBN No. 253845)
megan.cesare-eastman@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220

[*Additional counsel listed on signature page*]

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI AND RICHARD SUTCLIFFE, MICHAEL ENNEKING, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WELLS FARGO BANK, N.A., a national bank, for itself and d/b/a WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 3:11-cv-06595-JCS<br><br>**JOINT STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT**<br><br>The  Hon. Joseph C. Spero<br>Courtroom: G |

**JOINT STIPULATION OF DISMISSAL
OF FIRST AMENDED COMPLAINT**

Plaintiffs Vicki and Richard Sutcliffe and Michael Enneking ("plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "parties"), through their respective counsel, hereby stipulate and agree to DISMISS the First Amended Complaint filed by plaintiffs against Wells Fargo. The parties, through their respective counsel, further stipulate and agree to dismiss plaintiffs' individual claims WITH PREJUDICE and to dismiss the putative class claims WITHOUT PREJUDICE. Except as otherwise agreed to by the parties, each party shall bear their and its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| VICKIE SUTCLIFFE, RICHARD SUTCLIFFE, and MICHAEL ENNEKING, | WELLS FARGO BANK, N.A., |
| By their attorneys, | By its attorneys, |
| _/s/ Derek Brandt_ | _/s/ Irene C. Freidel_ |
| Derek Brandt (*pro hac vice*) <br> dbrandt@simmonsfirm.com <br> Emily J. Kirk (*pro hac vice)* <br> ekirk@simmonsfirm.com <br> **SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC** <br> One Court Street <br> Alton, Illinois 62002 <br> Tel: (618) 259-2222 <br> Fax: (618) 259-2251 | Matthew G. Ball (SBN No. 208881) <br> matthew.ball@klgates.com <br> Megan F. Cesare-Eastman (SBN No. 253845) <br> megan.cesare-eastman@klgates.com <br> **K&L GATES LLP** <br> Four Embarcadero Center, Suite 1200 <br> San Francisco, CA 94111 <br> Tel.: (415) 882-8200 <br> Fax: (415) 882-8220 |
| Deborah Rosenthal (SBN 184241) <br> drosenthal@simmonsfirm.com <br> **SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC** <br> 455 Market Street, Suite 1150 <br> San Francisco, CA 94105 <br> Phone: (415) 536-3986 /Fax: (415) 537-4120 | Irene C. Freidel (*pro hac vice*) <br> irene.freidel@klgates.com <br> Jennifer J. Nagle (*pro hac vice*) <br> jennifer.nagle@klgates.com <br> **K&L GATES LLP** <br> State Street Financial Center <br> One Lincoln Street <br> Boston, MA 02111-2950 <br> Tel.: (617) 261-3100 <br> Fax: (617) 261-3175 <br><br> *Attorneys for Defendant Wells Fargo Bank, N.A.* |

James M. Terrell (*pro hac vice*)
jterrell@mmlaw.net
**MCCALLUM METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205
Tel: (205) 939-0199

Bradford D. Barron (*pro hac vice*)
bbarron@gbbfrrm.com
Zachary T. Barron (*pro hac vice*)
zbarron@gbbfirm.com
**GIBBON, BARRON & BARRON, P.L.L.C.**
20 East 5th Street, Suite 1000
Tulsa, Oklahoma 74103
Tel: (918) 745-0687
Fax: (918) 745-0821

Andrea Bierstein (*pro hac vice)*
abierstein@hanlyconroy.com
Mitchell Breit (*pro hac vice*)
mbreit@hanlyconroy.com
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Ave., 7th Floor
New York, New York 10016
Tel: (212) 784-6400
Fax: (212) 213-5949

*Attorneys for Plaintiffs*          Dated: 11/04/13

Dated:  October 31, 2013

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I, Irene C. Freidel, am the ECF User whose ID and password are being used to file this document, and in compliance with General Order No. 45, X.B., hereby attest that all signatories concur with this filing.

                              */s/ Irene C. Freidel*

**JOINT STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT**